No. 241. JAMES C. DAVIS, AS AGENT, ETC. *v.* CHARLES HAREFORD. Error to the Supreme Court of the State of Arkansas. Argued April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 334; *St. Louis & San Francisco R. R. Co.* v. *Shepherd,* 240 U. S. 240, 241; *Godchaux* v. *Estopinal,* 251 U. S. 179, 181; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117. *Mr. A. A. Mc-Laughlin,* with whom *Mr. Thos. B . Pryor* and *Mr. Vincent M. Mills* were on the brief, for plaintiff in error. *Mr. C. A. Starbird,* with whom *Mr. Robert A. Rowe* was on the brief, for defendant in error.

---

No. 257. PEOPLE OF THE STATE OF NEW YORK EX REL. CITY OF BUFFALO *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK ET AL. Error to the Supreme Court of the State of New York. Argued April 30, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195; (2) *Hunter* v. *Pittsburgh,* 207 U. S. 161, 178; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394; *Trenton* v. *New Jersey,* 262 U. S. 182; *Newark* v. *New Jersey,* 262 U. S. 192, 196. *Mr. George Clinton,* with whom *Mr. William S. Rann* was on the brief, for plaintiff in error. *Mr. Henry W. Killeen,* with whom *Mr. James C. Sweeney* was on the brief, for defendants in error.